FILED

E-FILED

AUG 18 2006    Friday, 18 August, 2006 09:51:11 AM
JOHN M. WATERS, Clerk    Clerk, U.S. District Court, ILCD
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

CDIL PROB 22
(Rev. 4/97)

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
0753/5 01-20021-001
0753/5 01-20033-001

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Springfield |
|---|---|---|

Eric Manson
204 Juniper, Court 53
Park Forest, IL 60466

RECEIVED

JUL 17 2006

U.S. ___ ON OFFICE
U.S. ___ O, ILLINOIS

| | NAME OF SENTENCING JUDGE Jeanne E. Scott | |
|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/27/2006 | TO 02/26/2009 |

OFFENSE

Case 01-20021 - Possession of a Firearm by a Convicted Felon 18:922(g)(1)
Case 01-20033 - Possession of a Firearm by a Convicted Felon 18:922(g)(1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 07-11-06 | s/Jeanne E. Scott |
|---|---|
| Date | Jeanne E. Scott United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| JUL 3 1 2006 | s/James F. Holderman |
|---|---|
| Effective Date | United States District Judge |