# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61801

August 18, 2006

U.S. DISTRICT COURT

Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

        RE: USA V. ERIC MANSON
        CASE NO. CDIL: 01-20021-001

Dear Clerk:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on 8/18/06, enclosed please find:

        1. Original Transfer of Jurisdiction

        2. Certified copy of Indictment

        3. Certified copy of Judgment in a Criminal Case

        4. Certified copy of Docket Sheet

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

        Very truly yours,

        JOHN M. WATERS, CLERK
        U.S. DISTRICT COURT

        By:    s/S. Doan

Enclosure(s)        Deputy Clerk
JMW/skd