
FILED  E-FILED
Monday, 28 August, 2006 01:07:05 PM
Clerk, U.S. District Court, ILCD

AUG 28 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61801

TEL: 217-373-5830
FAX: 217-373-5834

August 18, 2006

U.S. DISTRICT COURT
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

**JUDGE KENDALL**
**06CR 0605**
**MAGISTRATE JUDGE COLE**

RECEIVED
AUG 2 2 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: USA V. ERIC MANSON
CASE NO. CDIL: 01-20021-001

Dear Clerk:

   Pursuant to the executed Transfer of Jurisdiction filed in this office on 8/18/06, enclosed please find:

   1. Original Transfer of Jurisdiction

   2. Certified copy of Indictment

   3. Certified copy of Judgment in a Criminal Case

   4. Certified copy of Docket Sheet

   I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

                    Very truly yours,

                    JOHN M. WATERS, CLERK
                    U.S. DISTRICT COURT

                    By:    s/S. Doan
                           Deputy Clerk

Enclosure(s)
JMW/skd